JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARIAS,<br><br>               Plaintiff,<br><br>     v.<br><br>BL CUSTOM UPHOLSTERY, CORP;<br>and LEOPOLDO BASURTO GARZA,<br><br>               Defendants. | Case No. CV 23-3734 PA (BFMx)<br><br>JUDGMENT OF DISMISSAL |

     In accordance with the Court's August 30, 2023 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: August 30, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE